McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>Black/Gray NUU Mobile cellular phone, S/N: LDN5180116290 | CASE NO. 2:18-SW-1080 AC<br><br>[~~PROPOSED~~] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The United States' motion to unseal the Search Warrant and this case is GRANTED.

DATED: 11/25/2019

Hon. Carolyn K. Delaney
United States Magistrate Judge

1